United States Bankruptcy Court
District of Puerto Rico

IN RE: **RIVERA CINTRON, EMMANUEL JOSE**
Debtor(s)

Case No. **10-00592**
Chapter **13**

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/26/2010**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ **425.00** x **60** = $ **25,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **25,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **25,500.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,894.00**

Signed: **/s/ EMMANUEL JOSE RIVERA CINTRON**
Debtor

_____
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **PENTAGON CREDIT** Cr. _____ Cr. _____
# _____ # _____ # _____
$ **18,389.01** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C SAN MIGU**
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**      Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE **RIVERA CINTRON, EMMANUEL JOSE**      Case No. **10-00592**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO PENTAGON CREDIT UNION ACCOUNT ENDING NUMBER  UNTIL CONFIRMATION $150.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO PENTAGON CREDIT UNION ACCOUNT ENDING NUMBER THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $ 400.00  DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MAY 2013**

**ANY POST PETITION TAX  RETURNS THAT MAY PROSPECTIVELY  ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN   IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS,  AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**CHAPTER 13 PAYMENT PLAN**