IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | |
|---|---|
| EMMANUEL JOSE RIVERA CINTRON | CASE NO. 10-00592 (ESL) |
| Debtor(s) | CHAPTER 13 |

### MOTION TO DISMISS

TO THE HONORABLE COURT:

By counsel secured creditor, Pentagon Federal Credit Union, respectfully represents and prays:

1. On April 4, 2007, Debtor executed the conditional sales contract registered at the Department of Publics Works of the Commonwealth of Puerto Rico under number 0387-0844-4958. *See Exhibits A and B.*

2. Through said contract, Debtor acquired a 2007 Suzuki Grand Vitara, Serial Number JS3TE944074203569. Specifically, Debtor financed the principal amount of $27,699.00, at an annual interest rate of 5.79% APR. *See Exhibit A.*

3. The above captioned Debtor filed his bankruptcy petition on January 30, 2010, under 11 USC Chapter 13. *See Docket No. 1.*

4. On April 12, 2010, the Bankruptcy Court confirmed the Plan dated January 30, 2010, wherein Debtor agreed to pay PFCU's claim. *See dockets Nos. 5 and 16.*

5. Notwithstanding the aforesaid, Debtor owes payments to the Trustee under the plan as per Exhibit C. Total delinquent amount under the plan as of November, 2010 is $1,275.00

6. Pursuant to the foregoing sufficient cause exists to dismiss the instant petition under 11 USC §1307.

7. Pursuant to 11 USC §1307(c) (1), (3) and (5), failure to make current payments under the proposed plan, failure to continue to make direct payments to PFCU and/or failure to prosecute the case, constitute specific acts of material default of a confirmed plan and an unreasonable delay that is prejudicial to creditors, which in turn constitute sufficient cause to dismiss the instant petition, generally, under 11 USC §1307(c).

WHEREFORE, it is respectfully requested from this Court that the present bankruptcy petition be dismissed pursuant to 11 USC §1307(c) (1), (3), and (5) and in the event that no opposition is filed within the

period of thirty (30) days, that an Order be entered dismissing Debtors' bankruptcy petition, with prejudice, with such further relief as the Court deems proper and just.

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f), if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the foregoing motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all of the CM/ECF participants. This *Motion to Dismiss* was also sent, on this same date, to the following CM/ECF non-participants: **Emmanuel José Rivera Cintrón**, HC 75, Box 1101, Naranjito, PR 00719, and all parties in interest as per the attached master address list.

In San Juan, Puerto Rico, this 15th day of Decemberr, 2010.

s/MANUEL A. SEGARRA-VAZQUEZ
Counsel for creditor
PENTAGON FEDERAL CREDIT UNION
PO Box 9021115
San Juan, Puerto Rico 00902-1115
Tel. (787) 273-2080/2081 / Fax (787) 273-2082
USDC No. 204713
masvlaw@onelinkpr.net
1603-100/Motion to Dismiss/ Litigio/Docs. 2010

## VERIFIED STATEMENT

I, MANUEL A. SEGARRA VAZQUEZ, of legal age, married, attorney at law, and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

1. That as of this date, December 15th, 2010, by a search and review of the records kept in the regular course of business in regard to Debtor, there is no information that will lead the undersigned to believe that debtor is a regular service member whether on active duty, or, under a call to active duty in the United States Army, the National Guard, the National Oceanic and Atmospheric Administration, or as Commission Officers of the Public Health Service.

2. Our firm has not received any written notice from Debtor indicating that his military status has changed as of this date.

3. That as part of my search I examined the documents and records available to me within our computer system and the information data banks of the Department of Defense Manpower Data Center. See Exhibit C and Exhibit D.

IN TESTIMONY WHEREOF I SIGN THE PRESENT under penalty of perjury, in San Juan, Puerto Rico, this December 15th, 2010.

s/MANUEL A. SEGARRA VÁZQUEZ

**Pentagon Federal Credit Union**

DIRECCIÓN POSTAL:
P.O. BOX 1432
ALEXANDRIA, VIRGINIA
22313-2032



DIVULGACIÓN DE LA LEY DE VERACIDAD EN LOS PRÉSTAMOS

| TASA DE PORCENTAJE ANUAL<br>El costo de su crédito calculado como una tarifa anual. | CARGO POR FINANCIAMIENTO<br>Lo que le costará el crédito en dólares. | Cantidad Financiada<br>La cantidad de crédito que le otorgan las entidades prestatarias. | Total de pagos<br>El monto total que habrá pagado luego de haber hecho todos los pagos como se ha establecido. |
|---|---|---|---|
| 5.79 % | $ 5,306.33  (E) | $ 27,699.00 | $ 33,010.33  (E) |

Fecha del Préstamo: 4/4/2007   Número de Socio: ▮▮▮
Número de Cuenta: ▮▮▮542-80-2
NEW VEHICLE LOAN
Su Programa de Pagos será:

| Número de pagos | Cantidad del pago $ | Los pagos se vencen el | Comenzando |
|---|---|---|---|
| 71 | 458.48 | 1ero DEL MES | 1/6/2007 |
| 1 | 458.25 | 1/5/2013 | |

(E)= ESTIMADO

Usted tiene derecho a recibir en este momento un desglose detallado de la Cantidad Financiada.
☐ Quiero un desglose.

EMANUEL J RIVERA
ORLANDO J RIVERA CINTRON
HC75 BOX 1101
NARANJITO PR 00719

**CARGO POR DEMORA O PAGO TARDÍO:** Si un pago tiene 5 días o más de retraso, a usted se le cobrará el 20% del cargo por financiamiento adeudado, con un mínimo de $5 y un máximo de $25.
**PREPAGOS:** Usted no tendrá que pagar una penalidad si salda el préstamo antes de tiempo.
**DOCUMENTOS CONTRACTUALES:** Consulte los documentos de su contrato para obtener información adicional acerca de la falta de pago, incumplimiento y penalidades.

**SEGURO**
No es necesario tener un seguro de vida sobre el crédito o seguro para garantizar el pago de deuda ("Credit Life Insurance") o un seguro de crédito por incapacidad para obtener crédito. No se le proveerá este tipo de seguro a menos que usted complete y envíe el (los) formulario(s) de solicitud del seguro, ponga su FIRMA más abajo y pague la prima. El seguro tiene un término máximo de 120 meses.

Seguro de vida sobre el crédito  $0.00    Incapacidad  $0.00
Seguro de vida mancomunado para garantizar el pago de deuda  $0.00

Un colateral que se haya utilizado como garantía para otros préstamos con la cooperativa de crédito también puede garantizar este préstamo. Garantía: Usted está brindando un interés de Garantía sobre su automóvil/propiedad de 2007 si está marcado aquí. [X]

Descripción de la Propiedad:
SUZUKI GRANDVITARA2WD
VIN# JS3TE944074203569

X _____
FIRME AQUÍ PARA OBTENER EL SEGURO

## PAGARÉ

En este Pagaré, los términos "yo", "mi", "mí" y "nosotros" se refieren a cada una de las personas que firmaron el Pagaré como suscriptores, fiadores o deudores. Los términos "usted", "su" o "suyo" se refieren a Pentagon Federal Credit Union o cualquier titular de este Pagaré.
Prometo pagar a Pentagon Federal Credit Union o al titular de este Pagaré la cantidad financiada que se indica arriba, en los plazos acordados y de acuerdo con la tarifa establecida.
**RESPONSABILIDAD** Este Pagaré cubre mi préstamo con ustedes. Al firmar mi nombre a continuación, acepto los términos de este préstamo. Cualquier persona que firme como suscriptor, fiador o deudor también acepta los términos de este préstamo y será igualmente responsable del préstamo.
**PAGO.** Yo les emitiré los pagos a ustedes según se indica anteriormente. Estos pagos incluirán la cantidad que ustedes me prestaron, el cargo por financiamiento y el seguro, si corresponde, hasta que se haya pagado el préstamo en su totalidad. Entiendo que los pagos que se envíen por correo se adjudicarán a mi préstamo el día que ustedes los reciben. Aunque sólo tengo que pagar la cantidad estipulada en los plazos fijos, entiendo que tengo derecho a saldar el préstamo en cualquier momento y que ustedes no cobrarán ninguna penalidad por prepagar el préstamo. Sólo pagaré cargos por financiamiento hasta la fecha en que salde el préstamo. Tanto ustedes como yo podemos cancelar este Pagaré en cualquier momento antes de que me otorguen el préstamo. Ustedes pueden aceptar pagos tardíos o pagos parciales o pagos marcados como "pagados en su totalidad" sin perder ninguno de sus derechos bajo este Pagaré. Ustedes pueden revelar información acerca de mi cuenta a terceros, tales como agencias de crédito y comercios, con el fin de informarles sobre la existencia o condición de mi cuenta.
**AUTORIZACIÓN DE ACH.** Si en mi solicitud de préstamo está indicada mi intención de pagar mi préstamo por transferencia ACH (Cámara de compensación automatizada), autorizo a PFCU a debitar de la institución financiera que figura en mi solicitud de préstamo el pago de mi préstamo en la fecha correspondiente al pago mencionado anteriormente. Puedo revocar esta autorización, oralmente, comunicándome con Pentagon Federal al menos 3 días antes de mi fecha de pago programada.
**SEGURO DE VIDA SOBRE EL CRÉDITO O SEGURO DE INCAPACIDAD PARA GARANTIZAR EL PAGO DE DEUDA ("CREDIT LIFE/DISABILITY INSURANCE").** Ustedes NO exigen la adquisición de un seguro de vida o de incapacidad para garantizar el pago de una deuda como condición para extenderme crédito. Si adquiero dicho seguro, puedo cancelarlo en cualquier momento mediante notificación a ustedes por escrito. Entiendo que puedo anular este seguro en un término de 15 días luego de recibir el Certificado de Seguro. Si anulo el seguro, toda prima que haya pagado se acreditará a mi préstamo. Si he solicitado un seguro de vida mancomunado para garantizar el pago de la deuda ("Joint Credit Life"), sólo estarán asegurados el Socio-Deudor y el primer Codeudor/Fiador nombrado que hayan firmado este documento. Si se solicita un seguro por incapacidad, sólo el Miembro-Deudor estará asegurado. Los términos de cualquier cubierta de seguro se rigen por el Certificado de Seguro emitido por la aseguradora. Si se añade un seguro después de la Fecha del Préstamo, estoy de acuerdo en que, a discreción de PFCU, se cambiará la Cantidad del Pago o se aumentará la Cantidad de Pagos. Si he solicitado este seguro y califico, ustedes obtendrán seguro por la vida del asegurado por el término del préstamo. Las primas se acumulan diariamente, y se restan de mis pagos del préstamo. Tanto la prima como el método de cálculo o evaluación están sujetos a cambios. Si los términos de este seguro cambian, ustedes proveerán un aviso por escrito antes de que el cambio entre en vigor. Entiendo que sólo el Socio-Deudor califica para seguro por incapacidad, y y sólo si trabajo por un salario o un ingreso 25 horas a la semana o más a la fecha del préstamo.
☐ Pago global/valor residual. Si esta casilla está marcada con una "X" mi préstamo tendrá un pago global que vencerá y será pagadero según se indica arriba en la casilla "Monto del Pago". Esto significa que los pagos correspondientes a mi préstamo no amortizarán totalmente este préstamo. Mi cronograma de pagos y el pago global se basarán en el valor residual estimado del vehículo que garantiza este préstamo, de acuerdo con lo determinado por PFCU. El valor residual del vehículo es sólo una estimación y podría variar sustancialmente de su valor real al finalizar este préstamo.
**CÁLCULO DEL CARGO POR FINANCIAMIENTO.** Los Cargos por Financiamiento se calculan de la manera siguiente: La TASA DE PORCENTAJE ANUAL, según indicada anteriormente, se divide entre 365 (días). Esta cifra se divide entonces entre 100 para obtener la tasa periódica diaria. La tasa periódica diaria se multiplica por el balance del préstamo. Éste es el cargo por financiamiento diario. El cargo por financiamiento diario se multiplica por la cantidad de días que han pasado desde mi último pago. Ésta es la cantidad de CARGO POR FINANCIAMIENTO, que se deducirá del pago de mi préstamo, y la cantidad restante adjudicará al balance, el seguro y los cargos del préstamo. Si hago un pago antes de la fecha de vencimiento, el CARGO POR FINANCIAMIENTO será menor de la cantidad de días que lo indicado anteriormente, ya que dicho cargo se aplica diariamente. Entiendo que los pagos que se hagan después de la fecha de vencimiento aumentarán el total de CARGOS POR FINANCIAMIENTO. También entiendo que el TOTAL DE PAGO podría ser distinto a lo que se indica arriba, ya que el CARGO POR FINANCIAMIENTO y el seguro de crédito opcional se acumulan diariamente, lo que significa que mis hábitos de pago determinarán la cantidad total que tendré que pagar. Los Cargos por Financiamiento comienzan a partir de la Fecha del Préstamo y continuarán hasta que el préstamo se pague en su totalidad.
**GARANTÍA/PODER LEGAL/CONSENTIMIENTO.** SI SE HA INDICADO ANTERIORMENTE EN ESTE DOCUMENTO, LA PROPIEDAD ANTES DESCRITA GARANTIZA ESTE PRÉSTAMO Y EL (LOS) PROPIETARIO(S) QUE FIRMAN A CONTINUACIÓN LE(S) OTORGA(N) A USTEDES UN INTERÉS DEL GARANTIZADOR SOBRE ESA PROPIEDAD Y ACUERDA(N) ACATAR LOS TÉRMINOS Y ESTIPULACIONES ADICIONALES DEL ACUERDO DE GARANTÍA QUE SE ESTABLECEN AL DORSO DE ESTE DOCUMENTO, LAS CUALES SE HAN INCORPORADO A Y SE HAN CONVERTIDO EN PARTE DE ESTE PAGARÉ POR REFERENCIA. A fin de protegerlos a ustedes si no cumplo con el pago de este préstamo, entrego en garantía todas mis acciones, depósitos, pagos y los dividendos que pueda recibir, ya sea en conjunto o individualmente, hasta el monto del balance de mi préstamo. Esto no incluye mi Cuenta de Retiro Individual (IRA). Ustedes podrán utilizar las acciones que necesiten para saldar mi préstamo. Si es necesario utilizar todas mis acciones para pagar este pagaré, entiendo que podría terminar mi afiliación a la cooperativa de crédito. Estoy de acuerdo en que PFCU tiene derecho conforme a sus estatutos de gravamen de bienes y más aún; doy mi consentimiento explícito para que PFCU cargue cualquier balance pendiente a cualquiera de mis cuentas con PFCU, incluidas las cuentas mancomunadas; e incluir otros fondos protegidos por ley que de lo contrario no estarían disponibles mediante un proceso legal; a liquidar cualquier deuda que tenga con PFCU u otra obligación financiera adeudada por mí o por otra persona que figure como cotitular en mis cuentas, incluido un cotitular fallecido. PFCU puede tomar este tipo de acción sin que medie ningún aviso a mí o a m(s) cotitular(es). Con relación a los fondos que están protegidos por ley, entiendo que puedo retirar mi consentimiento explícito para que PFCU utilice estos fondos para pagar dicha deuda mediante notificación por escrito a PFCU. Si retiro mi consentimiento, PFCU puede terminar, a discreción, todos los servicios que recibo de la cooperativa de crédito.
**INCUMPLIMIENTO.** Incurriré en incumplimiento si no emito alguno de los pagos a tiempo; si quedo insolvente o me declaro en quiebra; si muero o me vuelvo incompetente; si se emite una sentencia o un embargo fiscal en mi contra o si se emitiera un embargo de bienes contra cualquiera de mis propiedades, incluida cualquiera de mis cuentas con ustedes; si ustedes, de buena fe, consideran que no están protegidos o que mis obligaciones, o mi capacidad para pagar o cumplir con las obligaciones que tengo con ustedes no son seguras; si no cumplo con alguno de los demás acuerdos que he establecido con ustedes. Sujeto a la ley, si incurro en incumplimiento en este pagaré, ustedes pueden exigir el pago inmediato del balance restante en este pagaré sin previo aviso. También pueden hacer uso de cualquiera de sus derechos legales. Si mi pago tiene 5 días o más de retraso, me cobrarán un cargo por demora equivalente al 20 por ciento del cargo por financiamiento correspondiente, pero no menos de $5 ni más de $25 por cada pago tardío. Si no honran mi pago o si ustedes tienen que devolverme el pago debido a que no fue posible procesarlo, se hará un cargo a mi cuenta por la cantidad indicada en nuestra lista de "Cheque de Pago Devuelto" en su lista actual de cargos por servicio. Esta lista se puede obtener por correo, en cualquier oficina de la cooperativa de crédito o a través de la Internet, www.PenFed.org. Si ustedes me demandan por incumplimiento, renuncio a mi derecho de ser juzgado por un jurado.
**GASTOS POR GESTIONES DE COBRO.** Si incurro en incumplimiento en este pagaré, acuerdo pagar todos los costos de las gestiones de cobro, incluidos los honorarios razonables de abogado y costos del tribunal, en una cantidad que no exceda el 25 por ciento del principal y el cargo por financiamiento adeudado en el pagaré, o una cantidad que cumpla con las Normas de Justicia del Departamento de Defensa ("DOD Standards of Fairness"), cuando corresponda. (Continúa al dorso).

X _Emanuel Rivera_ (Firma)     X _____
Socio-Deudor      Firme Aquí     Propietario del Colateral (Aparte del Deudor)   Firme Aquí

X _Orlando R._ (Firma)
Codeudor/Fiador      Firme Aquí

Estoy de acuerdo en que el interés propietario que tengo en el colateral descrito anteriormente está sujeto a la Estipulación del Acuerdo de Garantía que aparece al dorso. No soy responsable por el pago de este préstamo.

Formulario 224 (3/06) © Pentagon Federal Credit Union, 2006.   VEA EL ACUERDO DE SEGURIDAD AL DORSO POR FAVOR, CONTINÚE AL DORSO

ADEUDADO. Este pagaré es como un contrato. Yo me comprometo a devolverles la cantidad total de dinero que notificaré en este pagaré no se ha pagado. Ustedes pueden cambiar los términos para los pagos y liberar cualquier Garantía sin exonerarme a mí de la responsabilidad de pagar este pagaré.
APLAZAMIENTO DE LA EJECUCIÓN. Ustedes pueden aplazar la ejecución de cualquiera de los derechos que les otorga pagaré sin perder dichos derechos.
ADICIONES/ELIMINACIONES. Ningún cambio, adición, borrón, eliminación o tachadura de cualquier segmento impreso de este documento será válido ni comprometerá a PFCU.
RECIBO. He recibido una copia de esta divulgación y pagaré.

---

**ACUERDO DE GARANTÍA (DECLARACIÓN DE FINANCIAMIENTO)** Si se ha consignado en garantía algún colateral, lea esta declaración.

En este Acuerdo de Garantía, los términos "Yo", "mi", "mí" y "nosotros" se refieren a cada persona que firmó el Pagaré y su apéndice, si alguno, ya sea como deudor, codeudor/fiador o propietario de un colateral que no sea el deudor, aun cuando uno o más de los firmantes no sean contractualmente responsables de pagar el Pagaré que aparece al dorso. Los términos "Ustedes" y "su" se refieren a PFCU o el titular de dicho Pagaré.

INTERÉS DE GARANTÍA. Yo les otorgo a ustedes un interés de garantía sobre mi propiedad, la cual se describe al dorso de este Acuerdo de Garantía. Al otorgarles un interés de garantía sobre esta propiedad, les brindo la garantía de pago y cumplimiento de mi deber con ustedes, el cual se describe en el Pagaré en la parte del frente de este documento.

COLATERAL. Cualquiera de mis propiedades cubiertas por su interés de garantía se considerará como "colateral". Cualquier adición o reemplazo de la propiedad, así como cualquier dinero o propiedad que resulte de la venta de dicha propiedad, también forman parte del colateral. El colateral se utiliza principalmente para propósitos personales, empresariales, familiares o domésticos. Yo ___ utilizaré, ___ no utilizaré el dinero que van a prestarme para adquirir el colateral. Si utilizo el dinero que ustedes me presten para comprar el colateral, ustedes tendrán lo que se conoce como "garantía mobiliaria de adquisición" ("purchase money security interest") sobre el colateral. Esto les dará una mayor protección contra otros que puedan reclamar el colateral como suyo. Ustedes pueden pagar el producto de este pagaré directamente al vendedor del colateral o tanto a mí como al vendedor.

GARANTÍA POR OTRAS OBLIGACIONES. Con excepción de cualquier colateral que yo utilice como mi morada o vivienda principal, el interés de garantía creado por este Acuerdo de Garantía y Pagaré también garantizará mis otras deudas, obligaciones y responsabilidades con ustedes, tanto las existentes como las que surjan de aquí en adelante, incluidos los futuros adelantos, si alguno. Si yo les he otorgado un interés de garantía sobre alguna propiedad personal utilizada o comprada con el producto del préstamo de acuerdo con este Pagaré/Acuerdo de Garantía para utilizarla como mi vivienda principal (tales como una casa rodante o un bote), esto confirma que ustedes han renunciado a su interés de garantía en dicha morada o vivienda principal respecto a todas las deudas existentes y subsiguientes que pueda tener con ustedes o las transacciones que pueda realizar en el futuro con ustedes. Los fondos entregados en garantía para un préstamo con garantía de acciones se dejarán en suspenso en la cuenta de acciones como colateral contra el préstamo y no podrán ser retirados hasta que se salde el préstamo.

TITULARIDAD Y PROTECCIÓN DE DERECHOS SOBRE EL COLATERAL. Yo soy propietario(a) del colateral y nadie más tiene ningún interés o derecho sobre el mismo. Estoy de acuerdo en no vender, arrendar o entregar el colateral como garantía a nadie más hasta que haya obtenido autorización de ustedes por escrito para hacerlo o hasta que haya pagado el préstamo en su totalidad. Acepto ayudarles a llevar a cabo todo lo que sea necesario para proteger su interés de garantía en el colateral. En este sentido, acuerdo solicitar y proporcionarles a ustedes un Certificado de Título o cualquier otro documento que constituya prueba de titularidad del colateral y del interés que ustedes tienen en dicho colateral. De igual forma, accedo a proporcionarles dicha información y cumplir con la entrega de dichos documentos, así como tomar todas las medidas que sean necesarias y adecuadas para establecer, completar y mantener su interés y derecho de retención, válido sobre el colateral. SI NO TOMO LAS MEDIDAS QUE HE ACORDADO EN ESTE PÁRRAFO EN UN PLAZO DE 150 DÍAS A PARTIR DE LA FECHA DEL PRÉSTAMO, INCURRIRÉ EN INCUMPLIMIENTO Y, ADEMÁS DE OTROS TIPOS DE REMEDIOS A LOS QUE USTEDES PUEDAN RECURRIR, ESTOY DE ACUERDO EN QUE USTEDES PODRÁN, A SU DISCRECIÓN, AUMENTAR LA TASA DE PORCENTAJE ANUAL DE MI PRÉSTAMO A LA TASA DE INTERÉS MÁS ALTA QUE ESTÉ VIGENTE EN ESE MOMENTO PARA PRÉSTAMOS SIN GARANTÍA.

Si la garantía de este préstamo es un automóvil que se compró fuera de los Estados Unidos y el vehículo se envía posteriormente a los Estados Unidos, éste cumplirá con las especificaciones estadounidenses y acuerdo solicitar el certificado de título del vehículo en la agencia estatal correspondiente y registrar a PFCU como Titular del Gravamen ("Lienholder") en el título.

USO DEL COLATERAL. Mientras parte de mi préstamo esté pendiente de pago, prometo: Usar mi colateral con prudencia y mantenerlo en buenas condiciones; Obtener consentimiento de ustedes por escrito antes de hacer cualquier alteración grande; Notificarles a ustedes antes de cambiar mi dirección o la dirección donde se encuentra el colateral; Ayudarles a proteger los derechos que les he otorgado; No utilizar ni permitir que nadie utilice el colateral para fines ilícitos; Permitirles a ustedes inspeccionar el colateral en ocasiones razonables.

SEGURO SOBRE LA PROPIEDAD Y CONTRIBUCIONES. Mantendré el colateral asegurado por su valor total contra pérdidas o daños, con una compañía aseguradora que ustedes acepten. Las pólizas deberán indicar que a ustedes se les pagará la cantidad adeudada en caso de pérdida. Yo les entregaré las pólizas a ustedes si así lo solicitan. Si el colateral se pierde o sufre daños, ustedes pueden utilizar el producto del seguro para reemplazarlo o repararlo, o para pagar cualquier suma que yo les adeude. Yo pagaré todas las contribuciones y cargos que existan sobre el colateral. Ustedes pueden pagar las contribuciones o cargos si yo no los pago (aunque no tienen que hacerlo). Si ustedes pagan el seguro, las contribuciones o los cargos, yo les pagaré a ustedes con intereses a la tasa establecida al dorso de este documento.

A menos que yo les presente evidencia de la cubierta de seguro que exige mi pagaré/acuerdo de garantía sobre el colateral, ustedes podrán comprar un seguro global y seguro por colisión limitado, a cuenta mía, para proteger su interés en mi colateral. Este seguro podrá, pero no tiene que, proteger mi interés. Si el colateral sufre daños, la cubierta que ustedes compren podría no pagar las reclamaciones que nosotros hagamos o las reclamaciones que se hagan en mi contra con relación al colateral. Yo podré cancelar posteriormente cualquier seguro que ustedes hayan comprado, pero sólo después de suministrarles evidencia de que he obtenido una cubierta de seguro aceptable en otra compañía, según lo exige mi pagaré/acuerdo de garantía con ustedes. Si ustedes compran un seguro para el colateral, yo seré responsable de los costos de dicho seguro, incluida la prima, los cargos por financiamiento y cualquier otro cargo, tales como los costos de seguimiento y costos administrativos y las comisiones, y ustedes pueden exigir en relación a la compra del seguro, hasta la fecha en vigor de la cancelación o el vencimiento del seguro. La fecha de vigencia de la cubierta puede ser la fecha en que caducó mi cubierta anterior o la fecha en que no presenté evidencia de un seguro aceptable. Los costos del seguro, así como los cargos por financiamiento del mismo, podrán añadirse al total de mi balance pendiente y la cantidad o el monto de mis pagos periódicos podría aumentar para cubrir dichos cargos de la prima. Si el costo del seguro o cualquier otro cargo que se imponga con respecto a la colocación del seguro se añaden a mi balance pendiente, el cargo por financiamiento de mi pagaré/acuerdo de garantía con ustedes se aplicará a los cargos añadidos.

Los cargos del seguro podrían ser considerablemente más altos que el costo del seguro que yo puedo obtener por mi cuenta. La cubierta no será la de un seguro de responsabilidad civil y no cumplirá la necesidad de cobertura de responsabilidad por daños a la propiedad, ni mis obligaciones de acuerdo con las leyes de seguro obligatorio de responsabilidad financiera o leyes de no culpabilidad de un estado. El pago de una reclamación nunca excederá lo que sea menor de (a) la cantidad neta de mi deuda en este préstamo, (b) el valor actual en efectivo del colateral al momento de la pérdida o siniestro (a menos que se elimine este límite a la liquidación de un siniestro mediante la liquidación del siniestro sin una cobertura de valor actual en efectivo), (c) el costo de reparación o reemplazo del colateral, o (d) el límite máximo de cobertura.

BALANCE TOTAL PENDIENTE. Estoy de acuerdo en que, sin previo aviso, ustedes pueden exigirme que pague el balance pendiente de mi préstamo en su totalidad si no cumplo con alguna de las promesas hechas en este acuerdo de garantía o si incurro en incumplimiento de este Pagaré o Acuerdo de Garantía.

INCUMPLIMIENTO Y REPOSESIÓN. Habré incurrido en incumplimiento: Si no hago un pago en la fecha que corresponde; Si no cumplo con alguna de las promesas que les he hecho a ustedes o si no cumplo con los términos y condiciones de este acuerdo; Si quedo insolvente o me declaro en quiebra; Si se embarga el colateral sin su autorización, o si se confisca el colateral; Si se hace mal uso del colateral o si éste corre peligro de perder demasiado valor; Si hago algo que reduzca mi capacidad o mi disposición para pagar; Si muero o me vuelvo incompetente; Si me cancelan el seguro; Si se emite una sentencia o un embargo fiscal en mi contra o si se emitiera un embargo de bienes contra cualquiera de mis propiedades, incluida cualquiera de las cuentas que poseo con ustedes; si ustedes, de buena fe, consideran que no están protegidos o que mis obligaciones, o mi capacidad para pagar o cumplir con las obligaciones que tengo con ustedes no son seguras.

PODER LEGAL. Nombro al Tesorero Auxiliar de PFCU u otro signatario debidamente empleado y autorizado por el abogado de facto de PFCU para llevar a cabo todas las acciones que PFCU considere necesarias para perfeccionar o continuar perfeccionando el interés de garantía creado por este acuerdo de garantía y proteger el colateral y solicitar un duplicado del título.

PODER LEGAL PARA FIRMAR A NOMBRE DEL PROPIETARIO AL INSCRIBIR O TRANSFERIR LA TITULARIDAD DE UN VEHÍCULO DE MOTOR. Yo, el propietario del vehículo de motor que se describe en este Pagaré/Acuerdo de Garantía, nombro a Pentagon Federal Credit Union u otro signatario debidamente empleado y autorizado por el abogado de facto de PFCU a firmar por mí cualquier Certificado de Título u otro documento acreditativo que cubra el vehículo de motor, de cualquier manera que sea necesaria para inscribir o transferir la titularidad del vehículo de motor. Además, nombro a Pentagon Federal Credit Union u otro signatario debidamente empleado y autorizado por el abogado de facto de PFCU a tomar cualquier acción que sea necesaria para inscribir o transferir el título del vehículo descrito en este Acuerdo de Garantía, o a solicitar y recibir un Certificado de título u otro documento similar para este vehículo.

ADELANTO MONETARIO. Si no cumplo con algo de lo que he prometido hacer en este acuerdo, ustedes podrán solicitar un adelanto monetario, y cualquier dinero que se invierta para este propósito se añadirá a mi préstamo con intereses a la tasa estipulada al dorso de este documento.

TOMAR POSESIÓN DEL COLATERAL. Si incurro en incumplimiento, ustedes pueden tomar posesión del colateral. Yo les entregaré el colateral en el momento y lugar que ustedes elijan. Si yo no les entrego el colateral o si ustedes lo desean, pueden tomar posesión del colateral sin notificármelo con anticipación. Si ustedes toman posesión del colateral, no serán responsables de cualquier objeto de mi propiedad que no haya quedado en el colateral y que no forme parte de este acuerdo, pero ustedes tratarán de devolvérmelo. Después que hayan tomado el colateral, podrán venderlo y aplicar el producto de la venta al balance pendiente de mi préstamo. Ustedes emitirán un aviso por lo menos 10 días antes de cualquier venta pública o de la fecha a partir de la cual estarán en libertad de celebrar una venta privada. Yo tendré que pagar los gastos en los que ustedes incurran para tomar posesión y vender el colateral, los gastos del tribunal y los honorarios de abogado razonables. Si el producto de la venta no es suficiente para pagar el balance pendiente del préstamo y los intereses que yo les adeudo, así como para reembolsarles dichos gastos, yo tendré que pagar la diferencia. Yo tengo derecho a cualquier dinero que sobre si el producto de la venta es superior a la cantidad que yo adeudo. Ustedes también tienen todos los derechos y recursos con respecto a la adquisición, conservación y venta del colateral, así como el uso del dinero, según lo permite el Código Comercial Uniforme.

DECLARACIÓN DE FINANCIAMIENTO. Ustedes están autorizados a presentar Declaraciones de Financiamiento según sea necesario y yo pagaré el costo.
NO EXENCIÓN. El hecho de que ustedes me excusen por un incumplimiento no significa que me excusarán en ocasiones posteriores de incumplimiento.
FECHA DE VIGENCIA. Este Acuerdo de Garantía entrará en vigencia en la fecha que se indica en la parte frontal del documento y cuando yo firme.

Certifico que he leído este acuerdo y que he recibido una copia del documento. Entiendo que éste contiene todos mis derechos y responsabilidades. Ninguna declaración oral podrá cambiarlo. Todos los cambios deberán ser aprobados por ustedes por escrito. Mis herederos y representantes legales también serán responsables según los términos de este acuerdo.

PENTAGON FEDERAL CREDIT UNION

POR _____
Firma Autorizada

Formulario 224 (7/07)

# ESTADO LIBRE ASOCIADO DE PUERTO RICO

## CERTIFICADO DE TITULO

20jun2007 07:59:29　　0387-0844-4958-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 4001022 | 20jun2007 | 6946550 | 26mar2007 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| JS3TE944074203569 | suzuki grand vitara | | 2007 | 06 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | EST ADQ | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 0# | 0# | Nuevo | CertOrig | ST | 10 | gris claro |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL:

Nombre: RIVERA CINTRON, EMMANUEL J.

Resid: BO CEDRO ABAJO SEC. LAS CUMBRES
　　　　CARR. 152 KM 17.6
　　　　NARANJITO PR 00719

Postal: HC 75 BOX 1101
　　　　NARANJITO PR 00719

**ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.**

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)　　　　　　　　FECHA DIA-MES-AÑO

PENTAG　　　　　　　　　　　　　　　　　　　　　　26mar2007

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____
　　　　　　　　　　　　FECHA　　　　FIRMA AUTORIZADA

SEGUNDO GRAVAMEN _____
　　　　　　　　　　　　FECHA　　　　FIRMA AUTORIZADA

　　　　　　　　　　　　　　　　　　NUMERO CONTROL
SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO　　　　A-7620820　　-/3

NO ES VALIDO SI ALTERADO

13Software  Pag

*Exhibit C*

### PRINT INQUIRY

| Case # | Debtor | SSN | Address | Amount | Bar Date(s) |
|---|---|---|---|---|---|
| 10-00592-ESL | EMMANUEL JOSE RIVERA CINTRON | (xxx-xx-6614) | HC 75 BOX 1101 • NARANJITO • PR • 00719 | $425.00 MO | 6/2/2010 (has passed) 7/29/2010 (has passed) |

Trustee: José R. Carrión  
Attorney: MARILYN VALDES ORTEGA*  
Confirmed: 4/12/2010  
Case Status: ACTIVE

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 3/1/2010 | 60.00 | $425.00 | MONTHLY | EMMANUEL JOSE RIVERA CINTRON | 2/4/2010 | |
| 3/1/2015 | end of plan | $0.00 | MONTHLY | EMMANUEL JOSE RIVERA CINTRON | 2/4/2010 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/1/2010 | 3/31/2010 | $425.00 | $425.00 |
| 2 | 4/1/2010 | 4/30/2010 | $425.00 | $850.00 |
| 3 | 5/1/2010 | 5/31/2010 | $425.00 | $1,275.00 |
| 4 | 6/1/2010 | 6/30/2010 | $425.00 | $1,700.00 |
| 5 | 7/1/2010 | 7/31/2010 | $425.00 | $2,125.00 |
| 6 | 8/1/2010 | 8/31/2010 | $425.00 | $2,550.00 |
| 7 | 9/1/2010 | 9/30/2010 | $425.00 | $2,975.00 |
| 8 | 10/1/2010 | 10/31/2010 | $425.00 | $3,400.00 |
| 9 | 11/1/2010 | 11/30/2010 | $425.00 | $3,825.00 |
| 10 | 12/1/2010 | 12/31/2010 | $425.00 | $4,250.00 |
| 11 | 1/1/2011 | 1/31/2011 | $425.00 | $4,675.00 |
| 12 | 2/1/2011 | 2/28/2011 | $425.00 | $5,100.00 |
| 13 | 3/1/2011 | 3/31/2011 | $425.00 | $5,525.00 |
| 14 | 4/1/2011 | 4/30/2011 | $425.00 | $5,950.00 |
| 15 | 5/1/2011 | 5/31/2011 | $425.00 | $6,375.00 |
| 16 | 6/1/2011 | 6/30/2011 | $425.00 | $6,800.00 |
| 17 | 7/1/2011 | 7/31/2011 | $425.00 | $7,225.00 |
| 18 | 8/1/2011 | 8/31/2011 | $425.00 | $7,650.00 |
| 19 | 9/1/2011 | 9/30/2011 | $425.00 | $8,075.00 |
| 20 | 10/1/2011 | 10/31/2011 | $425.00 | $8,500.00 |
| 21 | 11/1/2011 | 11/30/2011 | $425.00 | $8,925.00 |
| 22 | 12/1/2011 | 12/31/2011 | $425.00 | $9,350.00 |
| 23 | 1/1/2012 | 1/31/2012 | $425.00 | $9,775.00 |
| 24 | 2/1/2012 | 2/29/2012 | $425.00 | $10,200.00 |
| 25 | 3/1/2012 | 3/31/2012 | $425.00 | $10,625.00 |
| 26 | 4/1/2012 | 4/30/2012 | $425.00 | $11,050.00 |
| 27 | 5/1/2012 | 5/31/2012 | $425.00 | $11,475.00 |
| 28 | 6/1/2012 | 6/30/2012 | $425.00 | $11,900.00 |
| 29 | 7/1/2012 | 7/31/2012 | $425.00 | $12,325.00 |
| 30 | 8/1/2012 | 8/31/2012 | $425.00 | $12,750.00 |
| 31 | 9/1/2012 | 9/30/2012 | $425.00 | $13,175.00 |
| 32 | 10/1/2012 | 10/31/2012 | $425.00 | $13,600.00 |
| 33 | 11/1/2012 | 11/30/2012 | $425.00 | $14,025.00 |
| Total | | | | $14,025.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/1/2015 | 3/31/2015 | $0.00 | $0.00 |
| Total | | | | $0.00 |

### Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 3/2010 | $425.00 | $850.00 | | ($425.00) |
| 2 | 4/2010 | $425.00 | $0.00 | | $0.00 |
| 3 | 5/2010 | $425.00 | $425.00 | | $0.00 |
| 4 | 6/2010 | $425.00 | $425.00 | | $0.00 |
| 5 | 7/2010 | $425.00 | $425.00 | | $0.00 |
| 6 | 8/2010 | $425.00 | $425.00 | | $0.00 |
| 7 | 9/2010 | $425.00 | | | $425.00 |
| 8 | 10/2010 | $425.00 | | | $850.00 |
| 9 | 11/2010 | $425.00 | $425.00 | | $850.00 |
| 10 | 12/2010 | $425.00 | | | $1,275.00 |

**Total Delinquent Amount: $1,275.00**

Request for Military Status  Pa▮▮

*Exhibit D*

Department of Defense Manpower Data Center        Dec-15-2010 08:21:40

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RIVERA | EMMANUEL J | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:6S3UTUR99

Label Matrix for local noticing
0104-3
Case 10-00592-ESL13
District of Puerto Rico
Old San Juan
Mon Nov 15 12:24:06 AST 2010

Oak Harbor Capital, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, wa 98121-3132

AES/PHEAA
PO BOX 8183
HARRISBURG, PA 17105-8183

COOP A/C SAN MIGUEL
PO BOX 925
NARANJITO, PR 00719-0925

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

(p)PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
P O BOX 1432
ALEXANDRIA VA
22313-1432

EMMANUEL JOSE RIVERA CINTRON
HC 75 BOX 1101
NARANJITO, PR 00719-9710

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

AES/PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

CITIFINANCIAL
RETAIL SERVICES DE PUERTO RICO
PO BOX 71328
SAN JUAN, PR 00936-8428

COOPERATIVA A/C SAN MIGUEL C/O MARIELISA FON
UNION PLAZA BLDG. SUITE 1507A
416 PONCE DE LEON AVENUE
SAN JUAN, PR 00918-3443

ECMC
P.O. Box 75906
Saint Paul, MN 55175-0906

Fia Card Services, NA As Successor In Intere
Bank of America NA and Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR 00969

Recovery Management Systems Corporation
For GE Money Bank
dba GAP
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

AES GRADUATE & PROFESSIONAL SERVICES
PO BOX 2461
HARRISBURG, PA 17105-2461

COOP A/C AGUAS BUENAS
C/ RAFAEL LASA 52-A
AGUAS BUENAS, PR 00703-3321

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

GAP
PO BOX 530942
ATLANTA, GA 30353-0942

PR ACQUISITIONS LLC
250 MUNOZ RIVERA AVENUE SUITE 1200
HATO REY PR 00918-1814

SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195369
SAN JUAN PR 00919-5369

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693

Pentagon Federal Credit Union
P.O. Box 1432
Alexandria, VA 22313

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(d)Oak Harbor Capital, L.L.C.
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

(u)RIVERA CINTRON, EMMANUEL JOSE

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30